JUDGE RAKOFF

07 CV 7061

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNSON & JOHNSON and JOHNSON &
JOHNSON CONSUMER COMPANIES, INC.,

           Plaintiffs

-against-

THE AMERICAN NATIONAL RED CROSS,
LEARNING CURVE INTERNATIONAL, INC.,
MAGLA PRODUCTS, LLC, WATER-JEL
TECHNOLOGIES, INC., and FIRST AID
ONLY, INC.,

           Defendants.

Civil Action No.

RULE 7.1. STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiffs certifies that Johnson & Johnson is a publicly held corporation and Johnson & Johnson Consumer Companies, Inc., is a subsidiary of Johnson & Johnson.

Dated: New York, NY
       August 7, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Roger L. Zissu (RZ 0973)
    Richard Z. Lehv (RL 6097)
    866 United Nations Plaza
    New York, NY 10017
    Tel. (212) 813-5900
    Fax (212) 813-5901

*Attorneys for Plaintiffs*

{F0089153 1 }