Gregory L. Diskant
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel. (212) 336-2000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. | Case No. 07 Civ 7061 (JSR). |
| | ECF Case |
| Plaintiffs, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC. | |
| Defendant. | |

------------------------------------- x

S I R S :

      PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action as attorney for Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
August 16, 2007

        Yours, etc.,

        PATTERSON BELKNAP WEBB & TYLER LLP

        By: s/Gregory L. Diskant
            Gregory L. Diskant
        Attorneys for Plaintiffs Johnson & Johnson and Johnson
          Johnson Consumer Companies, Inc.
        1133 Avenue of the Americas
        New York, New York 10036
        (212) 336-2000


TO:    Raymond A. Kurz, Esq.
        Jonathan L. Abram, Esq.
        HOGAN & HARTSON LLP
        555 Thirteenth Street, NW
        Washington, DC 20004
        *Attorneys for Defendant American Red Cross*

1390131v1