## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  :ss.:
COUNTY OF NEW YORK )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

2. On August 16, 2007 I served the foregoing **NOTICE OF APPEARANCE** upon the following by depositing a true copy of said document in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at 1133 Avenue of the Americas, New York, New York 10036, directed to them at the address below:

> Raymond A. Kurz, Esq.
> Jonathan L. Abram, Esq.
> HOGAN & HARTSON LLP
> 555 Thirteenth Street, NW
> Washington, DC 20004
> rakurz@hhlaw.com
> jlabram@hhlaw.com

3. On August 16, 2007, I served an additional copy of the foregoing

*NOTICE OF APPEARANCE* via e-mail upon the above named at the e-mail addresses indicated.

                                                          _____
                                                          CHRISTINA I. BELANGER

Sworn to before me this
16th day of August, 2007

_____
Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires October 13, 2010

1390258v1