Gregory L. Diskant
Sarah E. Zgliniec
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel. (212) 336-2000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC. | : Case No. 07 Civ 7061 (JSR). |
| | : ECF Case |
| Plaintiffs, | : |
| | : **NOTICE OF APPEARANCE** |
| v. | : |
| | : |
| THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC. | : |
| | : |
| Defendant. | : |

------------------------------------x

S I R S :

      PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action as attorney for Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       August 21, 2007

                        Yours, etc.,

                        PATTERSON BELKNAP WEBB & TYLER LLP

                        By: s/Sarah E. Zgliniec
                              Sarah E. Zgliniec
                        Attorneys for Plaintiffs Johnson & Johnson and Johnson
                          Johnson Consumer Companies, Inc.
                        1133 Avenue of the Americas
                        New York, New York  10036
                        (212) 336-2000


TO:    Raymond A. Kurz, Esq.
        Jonathan L. Abram, Esq.
        HOGAN & HARTSON LLP
        555 Thirteenth Street, NW
        Washington, DC 20004
        *Attorneys for Defendant American Red Cross*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :ss.:
COUNTY OF NEW YORK           )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

2. On August 21, 2007 I served the foregoing **NOTICE OF APPEARANCE** upon the following by depositing a true copy of said document in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at 1133 Avenue of the Americas, New York, New York 10036, directed to them at the address below:

> Raymond A. Kurz, Esq.
> Jonathan L. Abram, Esq.
> HOGAN & HARTSON LLP
> 555 Thirteenth Street, NW
> Washington, DC 20004
> rakurz@hhlaw.com
> jlabram@hhlaw.com

3. On August 21, 2007, I served an additional copy of the foregoing

*NOTICE OF APPEARANCE* via e-mail upon the above named at the e-mail addresses indicated.

                                              MATTHEW M. FINNEGAN

Sworn to before me this
21st day of August, 2007

Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011

1390258v1