UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,

Plaintiffs,

- v. -

THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,

Defendants.

07 Civ. 7061 (JSR/DCF)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-07

Upon the motion of Defendants The American National Red Cross, et al, through its counsel, Ira M. Feinberg of Hogan & Hartson L.L.P., and upon said sponsor's affidavit in support, **IT IS HEREBY ORDERED** that

> Raymond A. Kurz
> Hogan & Hartson, L.L.P.
> 555 Thirteenth Street, N.W.
> Washington, D.C. 20004
> Phone: (202) 637-5683
> Fax: (202) 637-5910
> Email: RAKurz@hhlaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: \_\_\_\_8/27\_\_\_\_, 2007
New York, New York

_____
United States District Judge