**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Plaintiffs,<br><br>- v. -<br><br>THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants The American National Red Cross *et al.*, through their counsel, Ira M. Feinberg of Hogan & Hartson, L.L.P., shall move this Court, at a date and time to be set by the Court, for an Order allowing the admission pro hac vice of:

> Jonathan L. Abram
> Hogan & Hartson, L.L.P.
> 555 Thirteenth Street, N.W.
> Washington, D.C. 20004
> Phone: (202) 637-5681
> Fax: (202) 637-5910
> Email: JLAbram@hhlaw.com

As set forth in the attached Affidavit of Ira M. Feinberg, Mr. Abram is a partner in the firm Hogan & Hartson, L.L.P., resident in its Washington D.C. office, and a member in good standing of the Bar of the District of Columbia.

Dated: August 27, 2007
      New York, New York

Respectfully submitted,

_____
Ira M. Feinberg (IF-6640)

Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022
Phone: (212) 918-3509
Fax: (212) 918-3100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHNSON & JOHNSON and JOHNSON &
JOHNSON CONSUMER COMPANIES, INC.,

Plaintiffs,

- v. -

THE AMERICAN NATIONAL RED CROSS,
LEARNING CURVE INTERNATIONAL,
INC., MAGLA PRODUCTS, LLC, WATER-
JEL TECHNOLOGIES, INC., and FIRST AID
ONLY, INC.,

Defendants.

07 Civ. 7061 (JSR/DCF)

**AFFIDAVIT OF IRA M. FEINBERG
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

---

IRA M. FEINBERG, being first duly sworn, deposes and says:

1. I am a partner in Hogan & Hartson, L.L.P., counsel for Defendants in the above-captioned action. I make this Declaration in support of Defendants' motion to admit Jonathan L. Abram as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the New York bar, having been admitted to practice law by the Appellate Division, First Department of the Supreme Court of the State of New York on March 25, 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. Mr. Abram is a partner in Hogan & Hartson, L.L.P., resident in the firm's Washington D.C. office. I have known Mr. Abram since I became a partner in the firm in November 2000.

4. Mr. Abram is a member in good standing of the Bar of the District of Columbia, having been admitted to the Bar on July 5, 1985. Attached as Exhibit A is the

certificate of the Clerk of the District of Columbia Court of Appeals, attesting that Mr. Abram is a member in good standing of the District of Columbia Bar. There are no pending disciplinary proceedings pending against Mr. Abram in the District of Columbia or in any other federal or state court.

5.  I know Mr. Abram to be a highly skilled attorney and a person of great integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure and the Rules of this Court.

6.  Accordingly, I respectfully move for the admission of Jonathan L. Abram as counsel for Defendants in the above-referenced case, pro hac vice. A proposed order granting the admission of Jonathan L. Abram, pro hac vice, is submitted with this application, together with a check for the Court's $25 filing fee.

Dated: August 27, 2007
New York, New York

_____
Ira M. Feinberg (IF-6640)

Subscribed and sworn to before me
this 27th day of August, 2007

_____
Notary Public

EVELYN J. HARROW
Notary Public, State of New York
No. 01HA6098438
Qualified in Bronx County
Commission Expires 9/8/07

2

# EXHIBIT A



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN L. ABRAM

was on the 5th day of July, 1985 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 22, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that this 27th day of August, 2007, I have caused a copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Ira M. Feinberg and attached exhibit, and Certificate of Good Standing of Jonathan L. Abram to be served by first class mail, postage prepaid, on:

>Gregory L. Diskant
>Sarah Elizabeth Zgliniec
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036
>(212) 336-2710
>Fax: (212) 336-2222
>Email: gldiskant@pbwt.com
>Email: sezgliniec@pbwt.com
>
>Richard Zachary Lehv
>Roger L. Zissu
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10004
>(212) 813-5900
>Fax: (212)-813-5901
>Email: rlehv@frosszelnick.com
>Email: rzissu@frosszelnick.com

_____
Ira M. Feinberg

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Plaintiffs,<br><br>- v. -<br><br>THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Defendants The American National Red Cross, et al, through its counsel, Ira M. Feinberg of Hogan & Hartson L.L.P., and upon said sponsor's affidavit in support, **IT IS HEREBY ORDERED** that

> Jonathan L. Abram
> Hogan & Hartson, L.L.P.
> 555 Thirteenth Street, N.W.
> Washington, D.C. 20004
> Phone: (202) 637-5681
> Fax: (202) 637-5910
> Email: JLAbram@hhlaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____, 2007
      New York, New York

                                              _____
                                              United States District Judge