# EXHIBIT A



ARC 1009
RETURN TO ARCHIVES
OBSOLETE
SUPERSEDED BY Mar. 1919
12/17

Form 228

# The American National Red Cross

## Catalogue of First Aid Books and Supplies

**NOTICE**

Owing to the unsettled condition of the market, prices are subject to change without notice

American National Red Cross
Washington, D. C.
December, 1917

17

Extract from the Charter of the American National Red Cross, Approved January 5, 1905

*To furnish volunteer aid to the sick and wounded of armies in time of war, . . . . and to continue and carry on a system of national and international relief in time of peace and apply the same in mitigating the sufferings caused by pestilence, famine, fire, floods, and other great national calamities, and to devise and carry on measures for preventing the same.*

THE AMERICAN NATIONAL RED CROSS realizes that it will only be performing a *part* of its duties in respect to mitigating human suffering if it restricts its efforts solely to conditions contingent upon war, pestilence, famine, fire, and floods. A great national calamity, in its opinion, is the frequency of preventable accidents and the continued loss of life and permanent disablement of people, due to incompetent treatment of injuries, or in many instances lack of treatment, before the services of a physician can be obtained. Statistics show that seventy per cent. of all accidents are preventable. With a view to conserving human life, by general instruction in First Aid and Accident Prevention, and by furnishing articles which can be readily made of use in unskilled and but partially trained hands, the Red Cross has established a First Aid Division.

The First Aid Division desires to bring to the attention of practising physicians, and of people engaged in railroading, mining, manufacturing, etc., as well as the general public, the various books and outfits which it has prepared in connection with its First Aid work throughout the country. This Catalogue describes those which at the present time are ready for delivery. Others may be prepared in the future. It is believed that the public will appreciate the value represented by the articles described herein. They are modern, practical, clean, simple, of the best quality, and the prices are extremely reasonable—in fact, only a few cents above the cost in each case.

Special outfits to suit almost any purpose will be prepared upon request, and the First Aid Division of the Red Cross solicits correspondence to this end. Many large corporations have been furnished with First Aid boxes or cabinets to suit their particular needs.

SPECIAL NOTICE. *Be Sure Outfits and Books bear the Emblem of the Red Cross*