OBSOLETE 4/32
SUPERSEDED BY *April 1933*

# Catalogue of Supplies and Books

✚

# First Aid and Life Saving

The American National Red Cross
Washington, D. C.

A. R. C. 1009
Rev. April, 1932

# First Aid and Life Saving Supplies

"The purposes of this corporation are and shall be— * * *
"To furnish volunteer aid to the sick and wounded of armies in time of war * * * and to continue and carry on a system of national and international relief in time of peace and apply the same in mitigating the sufferings caused by pestilence, famine, fire, floods and other great national calamities, and to devise and carry on measures for preventing the same."—*From the charter of The American National Red Cross, approved Jan. 5, 1905.*

THE AMERICAN NATIONAL RED CROSS realizes that it will be performing only a *part* of its duties in respect to mitigating human suffering if it restricts its efforts solely to conditions contingent upon war, pestilence, famine, fire and floods. A great national calamity, in its opinion, is the frequency of preventable accidents and the continued loss of life and permanent disablement of people, due to incompetent treatment of injuries, or, in many instances, lack of treatment before the services of a physician can be obtained. With a view to conserving human life by general instruction in First Aid and Accident Prevention, and by furnishing articles which can be readily made use of in unskilled and but partially trained hands, the Red Cross maintains a First Aid Service.

This Service desires to bring to the attention of practicing physicians, and of people engaged in railroading, manufacturing, etc., as well as the general public, the various books and outfits which it has prepared in connection with its First Aid work throughout the country. It is believed that the public will appreciate the value represented by the articles described herein. They are practical, clean, simple, and of the best quality.

Many large corporations have been furnished with First Aid boxes.

The prices of First Aid Supplies as listed in this Catalogue are all prepaid, and orders for them should be addressed:

NATIONAL HEADQUARTERS,
AMERICAN NATIONAL RED CROSS,
WASHINGTON, D. C.

These supplies may also be obtained from the Branch Offices at St. Louis and San Francisco.