# EXHIBIT B

Johnson & Johnson
ALL-PURPOSE FIRST AID KIT

170 ITEMS

BAND-AID
CORTAID
Imodium
TYLENOL

First Aid Guide approved by
American College of
Emergency Physicians

TREATMENTS FOR
Cuts & Scrapes, Minor Burns
Itch, Pain & Swelling

NOW INCLUDES
Light Stick, Finger Splints
Emergency Contact Magnet
Step by Step First Aid Guide

170 ITEMS

728755










