# EXHIBIT C

170 ITEMS

Imodium
TYLENOL

BAND-AID
CORTAID

First Aid Guide approved by
American College of
Emergency Physicians

Johnson & Johnson
ALL-PURPOSE FIRST AID KIT

TREATMENTS FOR:
Cuts & Scrapes, Minor Burns
Itch, Pain & Swelling

NOW INCLUDES
Light Stick, Finger Splints
Emergency Contact Magnet
Step by Step First Aid Guide

170 ITEMS

728755

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

Reg. No. 3,178,913

**United States Patent and Trademark Office**  Registered Dec. 5, 2006

Amended  OG Date July 31, 2007

## TRADEMARK
## PRINCIPAL REGISTER



JOHNSON & JOHNSON (NEW JERSEY CORPORATION)
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 089337001
  OWNER OF U.S. REG. NOS. 54,308, 2,788,207 AND OTHERS.
  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE FIRST AID, APART FROM THE MARK AS SHOWN.
  THE COLOR(S) RED AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.
  THE COLOR RED APPEARS IN THE CROSS DESIGN AS WELL AS IN THE WORDS JOHNSON & JOHNSON, AND THE COLOR BLUE APPEARS IN THE WORDS FIRST AID.

FOR: ADHESIVE MEDICAL TAPES, GAUZE PADS, STERILE ROLLED GAUZE, BANDAGES AND DRESSINGS FOR SKIN WOUNDS, STERILE COTTON AND COTTON BALLS FOR MEDICAL USE, FIRST AID CREAM, MEDICAL PLASTERS FOR THE BACK, AND FIRST AID KITS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

SER. NO. 76-617,076, FILED 10-18-2004.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 31, 2007.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE