



Wal-Mart 01/26/07



Wal-Mart 01/26/07



Meijer 07/16/07