**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>　　　　Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**DEFENDANT LEARNING CURVE INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**ECF CASE**<br>**ELECTRONICALLY FILED** |

**DEFENDANT LEARNING CURVE INTERNATIONAL, INC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

　　　　Defendant Learning Curve International, Inc. ("Defendant"), pursuant to Fed.R.Civ.P. 7.1(a), hereby makes the following disclosures:

　　　　Defendant states that RC2 Corporation, a publicly held corporation, is the parent corporation of Learning Curve International, Inc.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 20th day of September, 2007, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System:

>Gregory L. Diskant
>Sarah Elizabeth Zgliniec
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036
>(212) 336-2710
>Fax: (212) 336-2222
>Email: gldiskant@pbwt.com
>Email: sezgliniec@pbwt.com
>
>Richard Zachary Lehv
>Roger L. Zissu
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10004
>(212) 813-5900
>Fax: (212)-813-5901
>Email: rlehv@frosszelnick.com
>Email: rzissu@frosszelnick.com

>>s/Jonathan L. Abram
>>Jonathan L. Abram