

Wal-Mart 01/26/07



Wal-Mart 01/26/07



Wal-Mart 01/26/07

Meijer 07/16/07