**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>　　　　Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**DEFENDANT WATER-JEL TECHNOLOGIES, LLC'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**ECF CASE**<br>**ELECTRONICALLY FILED** |

**DEFENDANT WATER-JEL TECHNOLOGIES, LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

　　　　Defendant Water-Jel Technologies, LLC ("Defendant"), pursuant to Fed.R.Civ.P. 7.1(a), hereby makes the following disclosures:

　　　　Defendant states that Water-Jel Holding Company, Inc. is the parent company for Defendant and that there is no publicly held corporation owning 10% or more of Defendant's stock.

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 20th day of September, 2007, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System:

        Gregory L. Diskant
        Sarah Elizabeth Zgliniec
        Patterson, Belknap, Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036
        (212) 336-2710
        Fax: (212) 336-2222
        Email: gldiskant@pbwt.com
        Email: sezgliniec@pbwt.com

        Richard Zachary Lehv
        Roger L. Zissu
        Fross Zelnick Lehrman & Zissu, P.C.
        866 United Nations Plaza
        New York, NY 10004
        (212) 813-5900
        Fax: (212)-813-5901
        Email: rlehv@frosszelnick.com
        Email: rzissu@frosszelnick.com

                                  s/Jonathan L. Abram
                                  Jonathan L. Abram