# EXHIBIT A



Rite-Aid 05/11/07



Rite-Aid 05/11/07



Staples 06/20/07