PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC., <br><br> Defendants. | No. 07-CV-07061 (JSR) |

**AFFIRMATION OF RAVI V. SITWALA**

Ravi V. Sitwala hereby affirms:

1. I am member of the bar of this Court and an associate at the firm of Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs in this action. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss.

2.   Attached hereto as Exhibit A is a true and correct copy of a letter together with its attachments provided to us from counsel for Defendants purporting to be sent on September 12, 1978 from The American National Red Cross to the Attorney General of the United States.

3.   Attached hereto as Exhibit B is a true and correct copy of a letter provided to us from counsel for Defendants purporting to be sent on October 11, 1978 from the U.S. Department of Justice to The American National Red Cross.

4.   Attached hereto as Exhibit C is a true and correct copy of U.S. trademark application serial no. 76/394,583, printed from the website of the Trademark Trial and Appeal Board, http://portal.uspto.gov/external/portal/tow.

5.   Attached hereto as Exhibit D is a true and correct copy of U.S. trademark application serial nos. 74/419,451 and 74/419,598, printed from the website of the Trademark Trial and Appeal Board, http://portal.uspto.gov/external/portal/tow.

New York, New York on October 8, 2007.

_____
Ravi V. Sitwala