# EXHIBIT C



04-11-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #31

|  |  |
|---|---|
| APPLICANT: | First Aid Only, Inc. |
| ADDRESS: | 11101 NE 37th Circle<br>Vancouver, WA 98682 |
| GOODS: | In Class 5: First aid kits; safety kits containing first aid supplies, wound care supplies, safety eyeglasses, goggles, ear plugs not for medical purposes, earmuffs for noise reduction, dust masks and other safety items; emergency preparedness kits containing first...<br><br>In Class 10: Personal protection kits containing medical gowns, surgical shoe covers, surgical caps, plastic biohazard bags, gloves for medical use, eye shields, fluid control solidifiers, antiseptic and medicated pre-moistened wipes, disposable towels, scoops, ...<br><br>In Class 16: Child identification and records kits containing cards, forms and instructions; first aid guides.<br><br>Class 28: Athletic tape; sports taping kits containing athletic tape, chemically activated cold compresses, elastic bandages and taping guides. |





76394583

Page 4 – New Trademark Application for FIRST AID ONLY & Design
017271.0004/357464.1                             U.S. Postal Express Mail Label No. EL873927631US

# 76394583

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/17/2002 MPETTY   00000043 76394583
01 FC:361                    1300.00 OP

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

# LANE
# POWELL
# SPEARS
# LUBERSKY
### LLP

Anne W. Glazer
(503) 778-2116
glazera@lanepowell.com

April 11, 2002

*Law Offices*

*A Limited Liability Partnership Including Professional Corporations*

*601 S.W. Second Avenue Suite 2100 Portland, OR 97204-3158*

*(503) 778-2100*

*Facsimile: (503) 778-2200*

*Website: www.lanepowell.com*

**VIA UNITED STATES POSTAL SERVICE**
**EXPRESS MAIL LABEL NO. EL873927631US**

The Commissioner for Trademarks
Box NEW APP FEE
2900 Crystal Drive
Arlington, VA 22202-3513

Re:   Application for Intent-to-Use Trademark Registration
      Our File No. 17271.0039

Dear Commissioner:

On behalf of First Aid Only, Inc., we submit the following enclosed items for filing:

1. An intent-to-use trademark application for the mark FIRST AID ONLY & Design;

2. Our firm's check for the filing fee in the amount of $1,300.00; and

3. A self-addressed, stamped postcard to be date stamped and assigned a serial number acknowledging receipt of the enclosed items.

The Commissioner is hereby authorized to charge any additional fees that may be required in connection with the filing of this application or to credit any overpayment to Deposit Account No. 12-0277. A duplicate copy of this document is enclosed.

Very truly yours,

LANE POWELL SPEARS LUBERSKY LLP

*Anne W Glazer*
Anne W. Glazer

Enclosures
cc:   First Aid Only, Inc.

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA

London, England

017271.0004/359977.1

IN THE U.S. PATENT AND TRADEMARK OFFICE
Application for Trade Mark Registration
Under Section 1(b) of the Trademark Act of 1946

Mark:  **FIRST AID ONLY & Design**

Classes:  5, 10, 16 and 28

To the Commissioner for Trademarks:
Box NEW APP – FEE
2900 Crystal Drive
Arlington, VA 22202-3513

Via U.S. Postal Express Mail
Label No. EL873927631US

First Aid Only, Inc., a corporation of the State of Washington (" Applicant"), having its principal place of business at

11101 NE 37th Circle
Vancouver, WA 98682

has a bona fide intention to use the Mark in commerce on or in connection with the following goods:

In Class 5: First aid kits; safety kits containing first aid supplies, wound care supplies, safety eyeglasses, goggles, ear plugs not for medical purposes, earmuffs for noise reduction, dust masks and other safety items; emergency preparedness kits containing first aid supplies, thermometers for medical purposes, CPR masks, sun block, rain ponchos, emergency blankets, flashlights, batteries, bottled emergency drinking water, dehydrated food packets, matches, tweezers, scissors and other items for use in an emergency situation; first aid supplies, namely antiseptics, pre-moistened antiseptic and medicated wipes and pads, burn relief medications, burn dressings, hydrocortisone cream, antibiotic ointments, isopropyl alcohol for medical use, hydrogen peroxide for medical use, adhesive bandages, wound dressings, gauze, medical adhesive tape, eye drops, eye washes, irrigating solutions for eye and skin use, antacids, ibuprofen for use as an oral analgesic, aspirin, acetaminophen, menstrual symptom treatment preparations, pharmaceutical antitussive cold preparations, cough treatment preparations, cough drops, decongestant tablets, electrolytes, motion sickness treatment preparations, throat lozenges, ammonia inhalants.

In Class 10: Personal protection kits containing medical gowns, surgical shoe covers, surgical caps, plastic biohazard bags, gloves for medical use, eye shields, fluid control solidifiers, antiseptic and medicated pre-moistened wipes, disposable towels, scoops, guides; CPR kits, and other items for use in protecting against bloodborne pathogens and other biological hazards; CPR kits containing CPR masks, gloves for medical use, mouth guards for medical purposes, and pre-moistened antiseptic wipes; first aid supplies, namely elastic bandages, slings for medical use, chemically activated hot and cold compresses, abdominal pads, mouth guards for medical purposes.

In Class 16: Child identification and records kits containing cards, forms and instructions; first aid guides.

In Class 28: Athletic tape; sports taping kits containing athletic tape, chemically activated cold compresses, elastic bandages and taping guides.

Applicant requests that the Mark be registered in the U.S. Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

## POWER OF ATTORNEY

Applicant hereby appoints as its attorneys Anne W. Glazer, Gwendolyn Payton Klein, Nicholas P. Nguyen, Stephanie Simmons Ray, Adam D. Ross, and all other attorneys in the law firm of Lane Powell Spears Lubersky LLP, having offices at 601 SW Second Avenue, Suite 2100, Portland, Oregon 97204-3158, and 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-2338, with full power of substitution and revocation, to transact all business in the Patent and Trademark Office in connection with the above-identified application and to represent Applicant for the purpose of applications for renewal, and in any subsequent proceedings with respect to said application, including but not limited to oppositions, cancellations and interferences.

## CORRESPONDENCE ADDRESS

Send correspondence to:    Anne W. Glazer, Esq.
Lane Powell Spears Lubersky LLP
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
(503) 778-2116

## DECLARATION

The undersigned, being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and being further warned that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that:

he is properly authorized to execute this application on behalf of the Applicant;

he believes the Applicant to be entitled to use the Mark in commerce;

to the best of his knowledge and belief, no other person, firm, corporation, or association has the right to use the Mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used in connection with the goods and/or services of such other person, to cause confusion, or to cause mistake or to deceive; and

all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

FIRST AID ONLY, INC.

Date: 4/9/_____, 2002     By: _____
                           Name: Richard E. James
                           Title: President/CEO