# EXHIBIT D

Serial No. 74/419,451

FILE NO. 1448-129

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  DESIGN

CLASS: 5

The Applicant is Water-Jel Technologies, Inc., a corporation of the State of New York, having a business address at 243 Veterans Boulevard, Carlstadt, New Jersey 07072.

Applicant has adopted and is using the mark shown in the accompanying drawing for:

Pharmaceutical preparation, namely, burn dressings, lotions, creams, and ointments for the treatment of burns, sunburn and skin irritations (Class 5)

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the act of July 5, 1946 (15 U.S.C. 1051, as amended.)

The mark was first used on the goods as least as early as June 18, 1993; was first used on the goods in interstate commerce at least as early as June 18, 1993; and is now in use in such commerce.

The trademark is applied directly to labels, tags and/or packaging for goods and/or attached directly to goods, the three (3) specimens for each class showing the mark as actually used are provided herewith.

Applicant is the owner of prior U.S. Trademark Registration No. 1,429,819 and 1,391,321 for related Design Marks.

Peter D. Cohen, declares: that he is President of Applicant corporation, and is authorized to make this declaration on behalf of said corporation; that he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true, and all statements made on information and belief are believed to be true; and rather, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or document or any resulting registration therefrom.

Please recognize as my attorneys, Christopher A. Sidoti, Esq., a member of the Bars of the States of New Jersey, New York

and Pennsylvania, Robert G. Shepherd, Esq., a member of the Bar of

the State of New Jersey, and Richard C. Woodbridge, Esq.,

Registration No. 26,423, a member of the Bar of the State of New

Jersey, all members of the firm of Mathews, Woodbridge & Collins,

P.A., with offices at 100 Thanet Circle, Suite 306, Princeton, New

Jersey, 08540-3662, to prosecute this application, to transact all

business in connection therewith, and to receive the certificate of

registration.

      PLEASE ADDRESS ALL COMMUNICATIONS RELATING TO THIS
APPLICATION TO:

        Christopher A. Sidoti, Esq.
        c/o MATHEWS, WOODBRIDGE & COLLINS, P.A.
        100 Thanet Circle, Suite 306
        Princeton, New Jersey 08540-3662
        Tele. (609) 924-3773

                                  Peter D. Cohen
                                  President

Dated: 7/27/93

-3-



MATHEWS, WOODBRIDGE & COLLINS, P.A.

ATTORNEYS AT LAW

PATENTS • TRADEMARKS • COPYRIGHTS

100 THANET CIRCLE, SUITE 306

PRINCETON, NEW JERSEY 08540-3662

(609) 924-3773

74 419451

TELECOPIER: (609) 924-3036

TELEX: 291601

RICHARD C. WOODBRIDGE
BRUCE M. COLLINS
ROBERT M. SHEPHERD
CHRISTOPHER A. SIDOTI
GINA M. ESKOW
JANE E. SORTOR
DIANE F. DUNN
BROOKS R. BRUNEAU

COUNSEL
DENNIS J. HELMS

H. HUME MATHEWS (1911-1989)
MARTHA G. PUGH (1913-1992)

OF COUNSEL
SHEILA F. HORDON

July 29, 1993

**VIA EXPRESS MAIL**

Honorable Commissioner of Patents
        and Trademarks
Washington, D.C.  20231

Re:  Application for Registration of a Trademark
     On the Principal Register
     "DROPLET DESIGN" - Class 5
     Our Docket No.:  1448-129

Sir:

        Enclosed please find the Trademark Application of Water-Jel Technologies, Inc., a company organized and existing under the laws of the State of New York, having an address at 243 Veterans Boulevard, Carlstadt, New Jersey  07072 to register the design mark as it relates to pharmaceutical preparations, namely, burn dressings, lotions, creams, and ointments for the treatment of burns, sunburn and skin irritations, in Class 5.  This application includes the following:

    1.   The Trademark Application, Declaration, and Power of Attorney, executed by Peter D. Cohen, President of Applicant;

    2.   One line drawing;

    3.   Our check in the amount of $210.00 to cover the application filing fees;

    4.   Specimens of the mark as presently used;

    5.   Express Mail Certificate No. TB320106435US; and

    6.   A stamped, self-addressed acknowledgement post card.

        Please proceed to examine and issue the foregoing trademark at your earliest convenience.

                              Very truly yours,

                              MATHEWS, WOODBRIDGE & COLLINS

                              Christopher A. Sidoti

CAS:rs
Enclosures

74 419451



1448-129

## EXPRESS MAIL CERTIFICATE

"Express Mail" Mailing Label No. _____ TB320106435US

Date of Deposit _____ July 29, 1993

Documents:  1. Transmittal Letter to Commissioner of Patents and Trademarks;

2. Trademark Application and Power of Attorney, executed by Peter D. Cohen, President of Applicant;

3. Line Drawing;

4. Specimens of the mark;

5. Check in the amount of $210.00 to cover the application filing fee; and

6. Stamped, self-addressed acknowledgement postcard.


I hereby certify that the enclosed documents and fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Box TM Application, Washington, D.C. 20231.


_____ Christopher A. Sidoti _____
Name of Person signing Certificate


_____ Signature

74 419451

TRADEMARK APPLICATION SERIAL NO._____

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
<u>FEE RECORD SHEET</u>

090 BA 08/26/93 74419451                    0 361    210.00 CK 1448-129

PTO-1555
(5/87)

Serial No. 74/419,598

74/**419598**

<u>FILE NO. 1448-130</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

MARK:  DESIGN

CLASS: **5**

The Applicant is Water-Jel Technologies, Inc., a corporation of the State of New York, having a business address at 243 Veterans Boulevard, Carlstadt, New Jersey 07072.

Applicant has adopted and is using the mark shown in the accompanying drawing for:

**Pharmaceutical preparation, namely, burn dressings, lotions, creams, and ointments for the treatment of burns, sunburn and skin irritations** (Class 5)

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the act of July 5, 1946 (15 U.S.C. 1051, as amended.)

The mark was first used on the goods as least as early as June 18, 1993; was first used on the goods in interstate commerce at least as early as June 18, 1993; and is now in use in such commerce.

The trademark is applied directly to labels, tags and/or packaging for goods and/or attached directly to goods, the three (3) specimens for each class showing the mark as actually used are provided herewith.

Applicant is the owner of prior U.S. Trademark Registration No. 1,429,819 and 1,391,321 for related Design Marks.

Peter D. Cohen, declares: that he is President of Applicant corporation, and is authorized to make this declaration on behalf of said corporation; that he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true, and all statements made on information and belief are believed to be true; and rather, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or document or any resulting registration therefrom.

Please recognize as my attorneys, Christopher A. Sidoti, Esq., a member of the Bars of the States of New Jersey, New York

and Pennsylvania, Robert G. Shepherd, Esq., a member of the Bar of
the State of New Jersey, and Richard C. Woodbridge, Esq.,
Registration No. 26,423, a member of the Bar of the State of New
Jersey, all  members of the  firm of Mathews, Woodbridge & Collins,
P.A., with offices at 100 Thanet Circle, Suite 306, Princeton, New
Jersey, 08540-3662, to prosecute this application, to transact all
business in connection therewith, and to receive the certificate of
registration.

        PLEASE  ADDRESS  ALL  COMMUNICATIONS  RELATING  TO  THIS
APPLICATION TO:

                Christopher A. Sidoti, Esq.
                c/o MATHEWS, WOODBRIDGE & COLLINS, P.A.
                100 Thanet Circle, Suite 306
                Princeton, New Jersey 08540-3662
                Tele. (609) 924-3773

                                        Peter D. Cohen
                                        President

Dated: 7/27/93

                                -3-

74/419598

# MATHEWS, WOODBRIDGE & COLLINS, P.A.

### ATTORNEYS AT LAW
### PATENTS • TRADEMARKS • COPYRIGHTS
### 100 THANET CIRCLE, SUITE 306
### PRINCETON, NEW JERSEY 08540-3662
### (609) 924-3773

RICHARD C. WOODBRIDGE
BRUCE M. COLLINS
ROBERT G. SHEPHERD
CHRISTOPHER A. SIDOTI
GINA M. ESKOW
JANE E. SOHTOR
DIANE F. DUNN
BROOKS R. BRUNEAU

COUNSEL
DENNIS J. HELMS

TELECOPIER: (609) 924-3036
TELEX: 291601

H. HUME MATHEWS (1911-1989)
MARTHA G. PUGH (1913-1992)

OF COUNSEL
SHEILA F. HORDON

July 29, 1993

**VIA EXPRESS MAIL**

Honorable Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

Re:  Application for Registration of a Trademark
     On the Principal Register
     **"DROPLET DESIGN" (with background) - Class 5**
     Our Docket No.:  1448-130

Sir:

        Enclosed please find the Trademark Application of Water-Jel Technologies, Inc., a company organized and existing under the laws of the State of New York, having an address at 243 Veterans Boulevard, Carlstadt, New Jersey 07072 to register the design mark as it relates to pharmaceutical preparations, namely, burn dressings, lotions, creams, and ointments for the treatment of burns, sunburn and skin irritations, in Class 5.  This application includes the following:

    1.  The Trademark Application, Declaration, and Power of Attorney, executed by Peter D. Cohen, President of Applicant;

    2.  One line drawing;

    3.  Our check in the amount of $210.00 to cover the application filing fees;

    4.  Specimens of the mark as presently used;

    5.  Express Mail Certificate No. TB320106446US; and

    6.  A stamped, self-addressed acknowledgement post card.

        Please proceed to examine and issue the foregoing trademark at your earliest convenience.

                                   Very truly yours,

                                   MATHEWS, WOODBRIDGE & COLLINS

                                   Christopher A. Sidoti

CAS:rs
Enclosures



1448-130

## EXPRESS MAIL CERTIFICATE

"Express Mail" Mailing Label No. _____ TB320106435US _____

Date of Deposit _____ July 29, 1993 _____

Documents:   1. Transmittal Letter to Commissioner of Patents and
               Trademarks;

             2. Trademark Application and Power of Attorney,
               executed by Peter D. Cohen, President of Applicant;

             3. Line Drawing;

             4. Specimens of the mark;

             5. Check in the amount of $210.00 to cover the
               application filing fee; and

             6. Stamped, self-addressed acknowledgement postcard.

        I hereby certify that the enclosed documents and fee is
being deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of Patents and
Trademarks, Box TM Application, Washington, D.C.  20231.

_____ Christopher A. Sidoti _____
Name of Person signing Certificate

_____
Signature

TRADEMARK APPLICATION SERIAL NO. 74/419598

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 BA 08/20/93 74419598                    0 361      210.00 CK 1448-130

PTO-1555
(5/87)