```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOHNSON & JOHNSON and JOHNSON &      :
JOHNSON CONSUMER COMPANIES, INC.,    :
                                     :   07 Civ. 7061 (JSR)
            Plaintiffs,              :
                                     :        ORDER
      -v-                            :
                                     :
THE AMERICAN NATIONAL RED CROSS,     :
LEARNING CURVE INTERNATIONAL, INC.,  :
MAGLA PRODUCTS, LLC, WATER-JEL       :
TECHNOLOGIES, INC., and FIRST AID    :
ONLY, INC.,                          :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

　　　Defendants move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the First, Second, Fourth, Seventh, and Eighth Claims of plaintiffs' First Amended Complaint. For reasons that will be explained in a subsequent Memorandum that will issue in due course, the Fourth Claim, alleging promissory estoppel, is hereby dismissed with prejudice, and the First Claim, alleging tortious interference with prospective economic advantage, is hereby deemed limited to interference with plaintiffs' economic relations with those customers identified by name at page 8 of Plaintiffs' Memorandum of Law In Opposition to Defendants' Partial Motion to Dismiss, namely, Target, Wal-Mart, Walgreens, and CVS. In all other respects, the motion is denied.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          November 5, 2007