Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel:  (202) 637-5681
Fax:  (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC., <br><br> Defendants. | 07 Civ. 7061 (JSR/DCF) <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> **ECF CASE** <br> **ELECTRONICALLY FILED** |

<u>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**</u>

PLEASE TAKE NOTICE THAT upon the accompanying Defendants' Statement of

Undisputed Facts Pursuant to Local Civil Rule 56.1; Memorandum of Law in Support of

Defendants' Motion for Summary Judgment; Declaration of Gregory Ballish, Senior Vice

President, Biomedical Services of the American Red Cross; Declaration of Joe Becker, Senior

Vice President, Preparedness and Response of the American Red Cross; Declaration of Scott

Conner, Senior Vice President, Preparedness & Health and Safety Services of the American Red

Cross; Declaration of Neal Denton, Senior Vice President, Service to the Armed Forces of the

American Red Cross; Declaration of Kathleen Loehr, Interim Senior Vice President for

Development of the American Red Cross; and the deposition testimony and other exhibits attached to the Declaration of Jonathan L. Abram, and all of the pleadings heretofore served in this action, Defendants hereby move this Court on January 4, 2008, at 4:00 p.m., before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants summary judgment and dismissing the claims against them in their entirety, with prejudice, and for such other and further relief as the Court may deem just, proper, and equitable.

PLEASE TAKE FURTHER NOTICE that according to the schedule approved by the Court, Plaintiffs' opposition to this motion is due on December 5, 2007, and Defendants' reply is due on December 12, 2007. Oral argument has been set for January 4, 2008, at 4:00 p.m.

WHEREFORE, Defendants request an Order granting their motion for summary judgment on Counts One, Two, Three, Five, and Six, and the American Red Cross's Counterclaims One and Two, and for any such further relief as this Court may deem just and proper.

Dated:  November 21, 2007

Respectfully submitted,

HOGAN & HARTSON, L.L.P.

By:_____s/Jonathan L. Abram_____
Jonathan L. Abram (admitted pro hac vice)
Raymond A. Kurz (admitted pro hac vice)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel:  (202) 637-5681
Fax:  (202) 637-5910

Attorney for Defendants