Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel:  (202) 637-5681
Fax:  (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>       Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**ATTACHMENT A**<br>**TO DECLARATION OF**<br>**JONATHAN L. ABRAM**<br><br>**ECF CASE**<br>**ELECTRONICALLY FILED** |

**ATTACHMENT A**
**TO DECLARATION OF JONATHAN L. ABRAM**

**Index to Exhibits in Support of Defendant's Motion for Summary Judgment**

| Exhibit | Description |
|---|---|
| Exhibit 1 | ARC Museum, "A Brief History of the ARC" from the ARC website. |
| Exhibit 2 | Articles of Incorporation, American Association of the Red Cross (July 1, 1881). |
| Exhibit 3 | Excerpt of ARC Governance for the 21st Century, Section 1, Oct. 2006. |
| Exhibit 4 | Trademark Registration No. 30,428. |

| | |
|---|---|
| Exhibit 5 | Letter from Edward Moore, Commissioner of Patents, to Charles Magee, ARC, Oct. 12, 1907. |
| Exhibit 6 | Letter from ARC Chairman to Edward Moore, Commission of Patents, Oct. 2, 1907. |
| Exhibit 7 | Letter from ARC Chairman to Edward Moore, Commissioner of Patents, Oct. 16, 1907. |
| Exhibit 8 | Trademark Record for U.S. Serial No. 89/000,081. |
| Exhibit 9 | U.S. Reg Nos. 2,740,131 and 2,818,964. |
| Exhibit 10 | U.S. Registrations for U.S. Reg. Nos. 2,771,239; 2,740,133; 2,797,013; and 2,818,867. |
| Exhibit 11 | Excerpt of Deposition of Richard Biribauer. |
| Exhibit 12 | Consolidated Financial Statements, June 30, 2005, including Independent Auditor's Report signed by the Auditor General of the Army, Oct. 21, 2005. |
| Exhibit 13 | 1903 First aid kit Photograph, listing price of first aid textbook as $1.00. |
| Exhibit 14 | Excerpt of ARC Annual Report for the Year Ending December 31, 1903. |
| Exhibit 15 | Excerpt of ARC Annual Report for the Year Ending December 31, 1904. |
| Exhibit 16 | Agreement between ARC and First Aid Supply of the Red Cross, Feb. 20, 1904. |
| Exhibit 17 | First Aid Supply Catalog of ARC First aid kits. |
| Exhibit 18 | Excerpt of Fifth Annual Report of the ARC, Jan. 1, 1910. |
| Exhibit 19 | Excerpt of Sixth Annual Report of ARC, Feb. 21, 1911. |
| Exhibit 20 | Report of First Aid Department 1910. |
| Exhibit 21 | Excerpt of Eleventh Annual Report of the American National Red Cross, 1915. |

| | |
|---|---|
| Exhibit 22 | Memorandum on Future Policy of the First Aid Department, 1911. |
| Exhibit 23 | Excerpt of Seventh Annual Report of ARC, Apr. 1, 1912. |
| Exhibit 24 | Letter from F.W. Lehmann, Office of the Solicitor General, to George W. Davis, ARC, Jan. 13, 1912. |
| Exhibit 25 | Letter from ARC Chairman of the Central Committee to Frederick Lehmann, Office of the Solicitor General, Jan. 15, 1912. |
| Exhibit 26 | Excerpt of Eighth Annual Report of ARC, May 16, 1913. |
| Exhibit 27 | Excerpt of Ninth Annual Report of the American National Red Cross, June 10, 1914. |
| Exhibit 28 | Excerpt of Tenth Annual Report of the American National Red Cross, Mar. 4, 1915. |
| Exhibit 29 | Excerpt of Twelfth Annual Report of ARC to Congress, Dec. 13, 1916. |
| Exhibit 30 | Advertising Request and Approval, May 6, 1916. |
| Exhibit 31 | Excerpt of a Catalogue of Supplies and Books—First Aid and Life Saving, 1917. |
| Exhibit 32 | Excerpt of Annual Report of the ARC, Dec. 1917. |
| Exhibit 33 | Selling Red Cross Christmas Seals, Circular B., A Guide for Agents, Revised ed. 1917. |
| Exhibit 34 | Letter from Florence Hayford, First Aid Department, ARC, to Colonel Connor, ARC, and accompanying report, Dec. 1, 1919. |
| Exhibit 35 | Request for Authorization, Mar. 15, 1920. |
| Exhibit 36 | Request for Appropriation, May 24, 1920. |
| Exhibit 37 | Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northern Division, 1921. |
| Exhibit 38 | Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northern Division, 1920. |
| Exhibit 39 | Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Potomac Division, 1921. |

Exhibit 40          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northwestern Division, 1921.

Exhibit 41          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Penn-Del Division, 1921.

Exhibit 42          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Southern Division, 1921.

Exhibit 43          Statistical Questionnaire for National Headquarters, Report of the First Aid Activities of Dr. Eric S. Green, 1920.

Exhibit 44          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northern Division, Jan. 1920.

Exhibit 45          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northern Division, Feb. 1920.

Exhibit 46          Statistical Questionnaire for National Headquarters, Report of First Aid Activities of the Northern Division, Mar. 1920.

Exhibit 47          Schedule of Prices on Red Cross Textbooks, July 1, 1926.

Exhibit 48          Excerpt of a Catalogue of Supplies and Books—First Aid and Life Saving, 1932.

Exhibit 49          1933 First Aid and Life Saving Catalogue of Supplies and Insignia and accompanying cover letter.

Exhibit 50          1937 First Aid and Life Saving Catalogue of Supplies and Insignia, July 1937.

Exhibit 51          Photograph of first aid textbooks and caption.

Exhibit 52          "Red Cross Chapter Elects Officers for Coming Year," Pajaronian, Mar. 11, 1919.

Exhibit 53          Summary of Essential Supplies Incidental to the Activities of ARC Distributed Principally Through its Chapters for Fiscal Year 1940-41.

Exhibit 54          Excerpt of Montgomery County, Ohio Chapter Annual Report for 1938-1939.

Exhibit 55                Excerpt of Buffalo, New York Chapter Annual Report for 1939-1940.

Exhibit 56                Excerpt of Cincinnati and Hamilton County, Ohio Chapter Annual Report for 1939-1940.

Exhibit 57                Excerpt of Buffalo, New York Chapter Annual Report for 1940-1941.

Exhibit 58                Excerpt of Hammond, Indiana Chapter Annual Report for 1942-1943.

Exhibit 59                Excerpt of Poweshiek County, Iowa Chapter Annual Report for 1944.

Exhibit 60                Excerpt of Sebastian County, Arkansas Chapter Annual Report for 1945.

Exhibit 61                Excerpt of Evansville, Indiana Chapter Annual Report for 1946-1947.

Exhibit 62                Excerpt of Greenville, North Carolina Chapter Annual Report for 1946-1947.

Exhibit 63                Excerpt of Cass County, North Dakota Chapter Annual Report for 1951-1952.

Exhibit 64                Excerpt of Mercer County, Pennsylvania Chapter Annual Report for 1951-1952.

Exhibit 65                Excerpt of Chemung County, New York Chapter Annual Report for 1953-1954.

Exhibit 66                Excerpt of Upper Pinellas, Florida Chapter Annual Report for 1954-1955.

Exhibit 67                Excerpt of Mercer County, Pennsylvania Chapter Annual Report for 1955-1956.

Exhibit 68                Excerpt of Rochester-Monroe County, New York Chapter Annual Report for 1957-1958.

Exhibit 69                Excerpt of Upper Pinellas, Florida Chapter Annual Report for 1957-1958.

| | |
|---|---|
| Exhibit 70 | Excerpt of Rutherford County, North Carolina Chapter Annual Report for 1958-1959. |
| Exhibit 71 | Excerpt of Chenango County, New York Chapter Annual Report for 1959-1960. |
| Exhibit 72 | Excerpt of Chenango County, New York Chapter Annual Report for 1961-1962. |
| Exhibit 73 | Memorandum re: Supplies for Chapters from George Smith, Mar. 29, 1948. |
| Exhibit 74 | Memorandum from Mr. Wick to ARC Field Office Managers and Division Managers, July 10, 1981. |
| Exhibit 75 | Excerpt of Deposition of Andrea Morisi. |
| Exhibit 76 | Excerpt of Mall Service Center Analysis: One Year of Experience, Greater Kansas City Chapter, Aug. 1992. |
| Exhibit 77 | Brochure on Innovative Service Delivery—The Mall Way, ARC Greater Kansas City Chapter. |
| Exhibit 78 | Photographs of Red Cross Mall Store. |
| Exhibit 79 | Excerpt of American Red Cross in Greater New York, New Headquarters, Nov. 14, 2006. |
| Exhibit 80 | Various news accounts including: "Emergency! Handling trouble on the road," Consumer Reports, April 1992, 1992 WLNR 111350; "Don't Let Car Trouble Drive You Crazy," Miami Herald, Aug. 23, 1986, 1986 WLNR 489975; "Organize First-Aid Supplies to get you Through Scrapes," Miami Herald, Aug. 30, 1987, 1987 WLNR 631865; "Purge Cabinet of Unneeded," South Florida Sun-Sentinel, Sept. 2, 1993, 1993 WLNR 4299238; "Earthquakes Hitting Home," Oregonian, Sept. 22, 1993, 1993 WLNR 4496026; "First Aid Kits Suggested As Gifts," Roanoke Times, Nov. 16, 1993, 1993 WLNR 1032392; "Health Watch," Charlotte Observer, June 6, 1994, 1994 WLNR 1734444, "First Aid Kits Reduced," Cincinnati Post, Dec. 6, 1996, 1996 WLNR 844337; "Red Cross Offers First Aid Kits For Sale," Fort Pierce Tribune, Nov. 23, 1999, 1999 WLNR 6121260; "Red Cross Offers Gifts That Can Save Lives," Buffalo News, Dec. 21, 1997, 1997 WLNR 1253000; "Injury Season: Summer's the Time to Update, Put Together First Aid Material," Birmingham News, June 9, 2003, 2003 WLNR 15947598. |

| | |
|---|---|
| Exhibit 81 | Memorandum, Oct. 24, 1911. |
| Exhibit 82 | Letter from Charles Lynch to Mabel Boardman, Aug. 22, 1911. |
| Exhibit 83 | Letter from Mabel Boardman to Charles Lynch, Aug. 18, 1911. |
| Exhibit 84 | Excerpt of 1942 House Hearings. |
| Exhibit 85 | Excerpt of 1942 Senate Hearing. |
| Exhibit 86 | Letter with Attachment from John Currin, ARC, to Michael Kelly, Counselor to the Attorney General, Sept. 12, 1978. |
| Exhibit 87 | Letter from Philip Heymann, Assistant Attorney General, to John Currin, ARC, Oct. 11, 1978. |
| Exhibit 88 | IRS Revenue Ruling, Feb. 8, 1985. |
| Exhibit 89 | Excerpt from Consumer Reports, Nov. 1986. |
| Exhibit 90 | The Daily Bulletin, ARC, June 1, 1986. |
| Exhibit 91 | Advertisement for "American Red Cross First Aid:  The Video Kit." |
| Exhibit 92 | "The Difference We Make Makes All the Difference," The Charlotte Observer Special Marketing Supplement, June 16, 1987. |
| Exhibit 93 | Horchow Catalog Excerpt, May 1987. |
| Exhibit 94 | Curad/ARC First Aid Kit Advertisement. |
| Exhibit 95 | Excerpt from Supply Catalog Purchase Items, May 1989. |
| Exhibit 96 | Memorandum from Jack Weakley to R. Biribauer, June 17, 1992 [FILED UNDER SEAL]. |
| Exhibit 97 | American Red Cross Sales Brochure. |
| Exhibit 98 | Excerpt of ARC Supply Catalog, June 1994. |
| Exhibit 99 | Licensing Agreement, Feb. 1, 1995. |
| Exhibit 100 | Cause Related Marketing Agreement, Dec. 20, 2004. |

| | |
|---|---|
| Exhibit 101 | Letter from Jennifer Niyangoda, ARC, to Kathleen Weber, J&J, May 11, 2007. |
| Exhibit 102 | Excerpt of Deposition of Rebecca Gibbs. |
| Exhibit 103 | Excerpt of Deposition of Jennifer Niyangoda. |
| Exhibit 104 | Letter from Eugene Ross of J&J to Mabel Boardman of ARC, Apr. 2, 1904. |
| Exhibit 105 | Letter from Eugene Ross of J&J to Mabel Boardman of ARC, Mar. 31, 1904. |
| Exhibit 106 to | Letter from H.P. Jones, 2d Vice President of Johnson & Johnson, Major Charles Lynch of ARC. |
| Exhibit 107 | Letter from Archibald Cox to General Eliot Wadsworth, Acting Chairman of ARC, Aug. 16, 1917. |
| Exhibit 108 | Letter from General Eliot Wadsworth, Acting Chairman of ARC to Archibald Cox, Sept. 6, 1917. |
| Exhibit 109 | Letter from Kenneth Perry of J&J to H.J. Hughes of ARC, May 25, 1937. |
| Exhibit 110 | Letter from H.S. Mueller, J&J, to W.E. Dorsett, J&J, Aug. 14, 1984. |
| Exhibit 111 | Letter from Richard Biribauer, Attorney J&J, to Patricia Xeller, Assistant General Counsel ARC, Oct. 18, 1984. |
| Exhibit 112 | Letter from Lewellys Barker, Senior Vice President at ARC, to Wayne Dorsett, Vice President/General Manager at J&J, Sept. 12, 1984. |
| Exhibit 113 | Letter from H. Mueller, J&J, to Virginia Pie, ARC, June 12, 1985. |
| Exhibit 114 | "More Nonprofit Groups Make Imaginative, Aggressive Sales," Wall Street Journal, May 31, 1984. |
| Exhibit 115 | Memorandum from John Healey, J&J, Re:  Meeting on First Aid Kit Opportunities with American Red Cross, Feb. 3, 1997 [FILED UNDER SEAL]. |
| Exhibit 116 | ARC/Johnson & Johnson First Aid Kits materials. |

Exhibit 117          Memorandum to Susan Livingston, Jan. 3, 1997.

Exhibit 118          Memorandum from Julio Del Cioppo, J&J, to John Healey, J&J,
                     Re:  J&J First Aid Kit—American Red Cross Study, Jan. 30, 1997
                     [FILED UNDER SEAL].

Exhibit 119          Letter from John Healey, J&J, to Ferris Kaplan, ARC, Feb. 27,
                     1997.

Exhibit 120          Letter from John Healey, J&J, to Ferris Kaplan, ARC, May 7,
                     1997.

Exhibit 121          Letter from Peter Garibaldi, Jr., J&J, to Ferris Kaplan enclosing
                     marked up version of J&J/ARC First Aid Kit Contract, Aug. 15,
                     1997.

Exhibit 122          Confidential Disclosure Statement, Nov. 14, 2006 [FILED
                     UNDER SEAL].

Exhibit 123          Excerpt of Deposition of Jeffrey Tolonen.

Exhibit 124          J&J/ARC Partnership Update, Jan. 2007.  [FILED UNDER SEAL]

Exhibit 125          Hearings Before the Subcommittee on Oversight of the Committee
                     on Ways and Means, 100th Cong. 1068 (1987).

Exhibit 126          Blood Safety, Minimizing Plasma Product Risks:  Hearing Before
                     the Subcomm. on Human Resources of the H. Comm. on Gov't
                     Reform and Oversight, 105th Cong. 111-118 (1998).

Exhibit 127          FDA Oversight:  Blood Safety and the Implications of Pool Sizes
                     in the Manufacture of Plasma Derivatives:  Hearing Before the
                     Subcomm. on Human Resources of the H. Comm. on Gov't
                     Reform and Oversight, 105th Cong. 136-144 (1997)

Exhibit 128          Letter of Agreement, Oct. 1, 1986.

Exhibit 129          ARC/Water-Jel Agreement & Amendment.

Exhibit 130          Water-Jel's Response to J&J's First RFA, Response to RFAs 1, 4,
                     26-28.

Exhibit 131          ARC's Response to J&J's First RFA, Response to RFAs 79-82, 86,
                     89-90, 105-109, 113, 117, 133-136, 146, 155, 176, 182, 191, 196.

Exhibit 132          Excerpt of Deposition of Howard Hirsch.

Exhibit 133          ARC/First Aid Only Agreements & Amendments.

Exhibit 134          Excerpt of Deposition of Dick James.

Exhibit 135          Excerpt of Deposition of Julie Ortmeiyer.

Exhibit 136          First Aid Only's Response to J&J's First RFA, Response to RFAs
                     1, 4, 27-28, 42.

Exhibit 137          ARC/Learning Curve Agreement & Amendment.

Exhibit 138          Excerpt of Deposition of Patrick Meyer.

Exhibit 139          Excerpt of Deposition of Kyle Nanna.

Exhibit 140          ARC/Magla Agreement & Amendment.

Exhibit 141          Excerpt of Deposition of Allison Carpinello.

Exhibit 142          Excerpt of Deposition of Daniel Levine.

Exhibit 143          Excerpt of Deposition of Amlin Kotei [page 92 FILED UNDER
                     SEAL].

Exhibit 144          Excerpt of Deposition of Jeffrey Leebaw.

Exhibit 145          Target/J&J Joint Business Planning, 2007 [FILED UNDER
                     SEAL].

Exhibit 146          U.S. Registration No. 54,308.

Exhibit 147          U.S. Registration Nos. 1,888,143 and 1,889,576.

Exhibit 148          Photographs of J&J Emergency First Aid Kit and All Purpose First
                     Aid Kit, exhibit to Biribauer Dep.

Exhibit 149          Photograph of J&J Emergency First Aid Kit, exhibit to Kotei Dep.

Exhibit 150          Photograph of J&J All-Purpose First Aid Kit, exhibit to Kotei Dep.

Exhibit 151          Photograph of J&J Emergency First Aid Kit, exhibit to Tolonen
                     Dep.

Exhibit 152          1904 J&J catalog.

Exhibit 153          File Wrapper for Registration No. 3,178,913

Exhibit 154          Photograph of product using '913 Registration.

Exhibit 155          J&J Admissions, Response to RFA 10.

Exhibit 156          ARC 2006 Annual Report.

Exhibit 157          Photographs of ARC products under the Water-Jel Agreement.

Exhibit 158          Photographs of ARC products under the First Aid Only
                     Agreement.

Exhibit 159          Photographs of ARC products under the Learning Curve
                     Agreement.

Exhibit 160          Photographs of ARC products under the Magla Agreement.

Exhibit 161          ARC Museum, "American Red Cross Chapters" from the ARC
                     website.

Exhibit 162          Photograph of J&J Hospital Products for Home Care product.