Gregory L. Diskant
Robert W. Lehrburger
Karla G. Sanchez
Ravi V. Sitwala
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

Roger L. Zissu
Richard Z. Lehv
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC., <br><br> Defendants. | Case No. 07-CV-07061 (JSR) <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Affirmations of Ravi V. Sitwala, Exhibits, Rule 56.1 Statement of Undisputed Facts, Memoranda of Law and Appendices of Legal Materials, and all prior pleadings and proceedings had herein, the undersigned attorneys

for Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. (collectively "J&J") move pursuant to Fed. R. Civ. P. 56 for (1) partial summary judgment on J&J's First, Second, Third, Fifth, Sixth Claims for Relief, and (2) summary judgment on all of Defendants' Counterclaims.

Dated:  New York, New York
       November 21, 2007

                                      Gregory L. Diskant
                                      Robert W. Lehrburger
                                      Karla G. Sanchez
                                      Ravi V. Sitwala
                                      PATTERSON BELKNAP WEBB & TYLER LLP
                                      1133 Avenue of the Americas
                                      New York, New York 10036
                                      Tel:  (212) 336-2000
                                      Fax:  (212) 336-2222

                                                 and

                                      Roger L. Zissu
                                      Richard Z. Lehv
                                      FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                                      866 United Nations Plaza
                                      New York, New York 10017
                                      Tel:  (212) 813-5900

                                      *Attorneys for Plaintiffs*