Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5681
Fax: (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC., <br><br> Defendants. | 07 Civ. 7061 (JSR/DCF) <br><br> **CERTIFICATE OF SERVICE** <br><br> **ECF CASE** <br> **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 21th day of November, 2007, I caused a true and correct copy of the Notice of Motion for Summary Judgment; Memorandum in Support of Motion for Summary Judgment; Defendants' Statement of Material Undisputed Facts Pursuant To Local Civil Rule 56.1; Declaration of Gregory Ballish, Senior Vice President, Biomedical Services of the American Red Cross; Declaration of Joe Becker, Senior Vice President, Preparedness and Response of the American Red Cross; Declaration of Scott Conner, Senior Vice President, Preparedness & Health and Safety Services of the American Red Cross; Declaration of Neal Denton, Senior Vice President, Service to the

Armed Forces of the American Red Cross; Declaration of Kathleen Loehr, Interim Senior Vice President for Development of the American Red Cross; and Declaration of Jonathan L. Abram, with exhibits thereto, to be served upon the following via the Court's ECF Notification System:

>Gregory L. Diskant
>Sarah Elizabeth Zgliniec
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036
>(212) 336-2710
>Fax: (212) 336-2222
>Email: gldiskant@pbwt.com
>Email: sezgliniec@pbwt.com
>
>Richard Zachary Lehv
>Roger L. Zissu
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10004
>(212) 813-5900
>Fax: (212)-813-5901
>Email: rlehv@frosszelnick.com
>Email: rzissu@frosszelnick.com

                                                                                                        s/ Jonathan L. Abram
                                                                                                         Jonathan L. Abram