Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5681
Fax: (202) 637-5910
Attorneys for Defendants

Gregory L. Diskant
Robert W. Lehrburger
Ravi V. Sitwala
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHNSON & JOHNSON and JOHNSON &
JOHNSON CONSUMER COMPANIES, INC.,

Plaintiffs,

v.

THE AMERICAN RED CROSS, LEARNING
CURVE INTERNATIONAL, INC., MAGLA
PRODUCTS, LLC, WATER-JEL
TECHNOLOGIES, INC., and FIRST AID
ONLY, INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07

07 Civ. 7061 (JSR/DCF)

**JOINT EMERGENCY MOTION**

**ECF CASE**
**ELECTRONICALLY FILED**

**JOINT EMERGENCY MOTION FOR LEAVE TO FILE 1) THE EXHIBITS
ACCOMPANYING THE DECLARATION OF JONATHAN L. ABRAM IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND 2) THE EXHIBITS
AND APPENDICES ACCOMPANYING THE DECLARATIONS OF RAVI J. SITWALA
WITH THE CLERK OF THE COURT**

Plaintiffs and Defendants hereby jointly submit this Emergency Motion for leave to file 1) the exhibits accompanying the Declaration of Jonathan L. Abram ("Abram Decl.") in support of Defendants Motion for Summary Judgment and 2) the exhibits and appendices accompanying the Declarations of Ravi V. Sitwala ("Sitwala Decl.") in support of Plaintiffs' Motion for Summary Judgment (collectively, the "Attachments") with the Clerk of the Court. Due to the number and volume of the Attachments, the parties are unable to file the exhibits using the Court's ECF system. Certain of the Attachments are archival photo quality and thus too large for the ECF server. Accordingly, the parties jointly request that they be permitted to file the Attachments with the Clerk of the Court via overnight mail.

Dated: November 21, 2007

Respectfully submitted,

HOGAN & HARTSON, L.L.P.

By:_____s/Jonathan L. Abram_____
Jonathan L. Abram (admitted pro hac vice)
Raymond A. Kurz (admitted pro hac vice)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5681
Fax: (202) 637-5910
Attorney for Defendants

By: _s/Robert W. Lehrburger_____
Gregory L. Diskant
Robert W. Lehrburger
Ravi V. Sitwala
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
Attorneys for Plaintiffs

SO ORDERED
_____
USDJ
11-29-07