Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel:  (202) 637-5681
Fax:  (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**NOTICE OF MOTION TO STRIKE**<br><br>**ECF CASE**<br>**ELECTRONICALLY FILED** |

**NOTICE OF MOTION TO STRIKE**

   PLEASE TAKE NOTICE THAT upon the accompanying Defendants' Memorandum of Law in Support of Defendants' Motion to Strike and Declaration of Jonathan L. Abram, Defendants hereby move this Court on January 4, 2008, at 2:00 PM, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order striking the expert report of Kenneth B. Germain.

   PLEASE TAKE FURTHER NOTICE that according to the schedule approved by the Court, Plaintiffs' opposition to this motion is due on December 17, 2007, and Defendants' reply is due on December 21, 2007.  Oral argument has been set for January 4, 2008 at 2:00 PM.

WHEREFORE, Defendants request an Order striking the expert report of Kenneth B. Germain.

| | |
|---|---|
| Dated:  December 3, 2007 | Respectfully submitted, |
| | HOGAN & HARTSON, L.L.P. |
| | By:_____s/Jonathan L. Abram_____ |
| | Jonathan L. Abram (admitted pro hac vice) |
| | Raymond A. Kurz (admitted pro hac vice) |
| | 555 Thirteenth Street, N.W. |
| | Washington, D.C. 20004 |
| | Tel:  (202) 637-5681 |
| | Fax:  (202) 637-5910 |
| | Attorney for Defendants |