Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5681
Fax: (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>　　　　Defendants. | Case No. 07-CV-7061 (JSR/DCF)<br><br>**ECF CASE**<br>**ELECTRONICALLY FILED** |

**DECLARATION OF JONATHAN L. ABRAM IN**
**SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Jonathan L. Abram declares as follows:

1. I am a member of the bar of this Court, admitted pro hac vice, and a partner in the law firm of Hogan & Hartson, LLP. I am counsel for Defendants The American Red Cross, Learning Curve International, Inc., Magla Products, LLC, Water-Jel Technologies, LLC, and First Aid Only, Inc. in the above-captioned action.

2. I submit this declaration in support of Defendants' Motion to Strike.

3. Attached is a true and correct copy of the expert report of Kenneth B. Germain (without the Expert Appendix and Exhibits 1-3).

I declare the foregoing to be true and correct under penalty of perjury. This declaration is executed by me in Washington, D.C. this 3rd day of December, 2007.

s/ Jonathan L. Abram
Jonathan L. Abram

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 3rd day of December, 2007, I caused a true and correct copy of the foregoing, and attached exhibit, to be served upon the following via the Court's ECF Notification System:

>Gregory L. Diskant
>Sarah Elizabeth Zgliniec
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036
>(212) 336-2710
>Fax: (212) 336-2222
>Email: gldiskant@pbwt.com
>Email: sezgliniec@pbwt.com
>
>Richard Zachary Lehv
>Roger L. Zissu
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10004
>(212) 813-5900
>Fax: (212)-813-5901
>Email: rlehv@frosszelnick.com
>Email: rzissu@frosszelnick.com

>>    s/ Jonathan L. Abram
>>        Jonathan L. Abram