UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>Defendants. | Case No. 07-CV-07061 (JSR)<br><br>ECF CASE |

## DECLARATION OF CHRISTOPHER Y. MILLER

I, Christopher Y. Miller, declare under penalty of perjury that the foregoing is true and correct:

1. I am a member of the bar of this Court and am associated with the law firm of Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment.

2. Attached as Exhibit 131 to the declaration of Phyllis Wallitt, which is being submitted in connection with Plaintiffs' opposition, are a collection of photographs that I took while at a Target store in Meriden, Connecticut on November 23, 2007. These photographs fairly and accurately depict the First Aid and Foot Care aisle at Target when I took the photographs on November 23.

Dated: December 5, 2007
New York, NY

_____
Christopher Y. Miller