Jonathan L. Abram
Raymond A. Kurz
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5681
Fax: (202) 637-5910

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC.,<br><br>Defendants. | 07 Civ. 7061 (JSR/DCF)<br><br>**ATTACHMENT A<br>TO SECOND DECLARATION OF<br>JONATHAN L. ABRAM**<br><br>**ECF CASE<br>ELECTRONICALLY FILED** |

**ATTACHMENT A TO DECLARATION OF JONATHAN L. ABRAM**

**Index to Exhibits**

| Exhibit | Description |
|---|---|
| Exhibit 163 | Excerpts of the Deposition of Allison Carpinello (Nov. 9, 2007) 157-158. |
| Exhibit 164 | Excerpts of the Deposition of Howard Hirsch (Nov. 8, 2007) 142-145. |
| Exhibit 165 | Statutes of the International Red Cross and Red Crescent Movement, Preamble and Article 1 (2006). |

2

| | |
|---|---|
| Exhibit 166 | "What is ICRC's relationship with national Red Cross and Red Crescent societies?," http://www.icrc.org/web/eng/siteeng0.nsf/htmlall/5fmjhl?opendocument. |
| Exhibit 167 | Excerpts of the Deposition of Julie Ortmeier (Nov. 14, 2007) 16-17, 29-30, 149, 164. |
| Exhibit 168 | Excerpts of the Deposition of Jennifer Niyangoda (Nov. 16, 2007) 58-61, 115. |
| Exhibit 169 | Excerpts of the Deposition of Andrea Morisi (Nov. 9, 2007) 10, 21-24, 29-32. |
| Exhibit 170 | Excerpts of the Deposition of Amlin Kotei (Nov. 6, 2007) 35, 105. |
| Exhibit 171 | Excerpts of the Deposition of Jeffrey Tolonen (Nov. 7, 2007) 112-113, 148-149. |
| Exhibit 172 | Excerpts of Plaintiffs' Response to Defendants' First Set of Requests for Admission, Response to RFA Nos. 1, 4, 8. |