EXHIBIT 173

Page 1

1                        RICHARD JAMES                    1

2               UNITED STATES DISTRICT COURT

3        FOR THE SOUTHERN DISTRICT OF NEW YORK

4

5    JOHNSON & JOHNSON, et al,

6              Plaintiffs,

7         vs.                        NO. 07-CIV-7061

8    AMERICAN RED CROSS, et al,

9              Defendants.

10

11

12

13                       VIDEOTAPED

14            DEPOSITION OF RICHARD JAMES

15

16

17            Taken on Behalf of the Plaintiffs

18              Friday, November 16, 2007

19

20

21

22

23

24

25

1                    RICHARD JAMES                   251

2          James Exhibit 12?

3    A     We actually took the mark, the design mark,

4          with red and orange there, and posted it

5          several places in public areas where all of our

6          employees would see it, and say:  Be on the

7          look-out for this because if you do see

8          something that looks like this, we need to know

9          about it right away so that we can fix the

10         problem.

11   Q     Okay.  And what color did First Aid Only start

12         using for, I guess, the -- the quadrilaterals

13         in the -- the mark that appears in James

14         Exhibit 12?

15   A     The three -- the three quadrilaterals were

16         changed to blue, and J&J withdrew their --

17         their disagreement and their objection, and it

18         was -- it went through.

19   Q     Okay.

20   A     With blue.

21   Q     Right.  So at the time you started license --

22         I'm sorry.

23             At the time you started discussions with

24         The American Red Cross to develop American Red

25         Cross-branded products, you were aware of the

```
 1                        RICHARD JAMES                    252

 2          color limitations on the mark that appears in

 3          the last page of James Exhibit 12 that FAO had

 4          agreed to; right?

 5     A    Yeah.

 6     Q    Okay.  And did the color limitations on that

 7          mark ever come up in connection with your

 8          discussions with people from The American Red

 9          Cross?

10     A    No.

11       (Deposition Exhibit 14 marked for identification.)

12     BY MR. MILLER:

13     Q    Let me show you what's been marked as James

14          Exhibit 14, which is an e-mail bearing Bates

15          numbers FAO6405 to 6410.  And in particular, I

16          direct you to the Jennifer Niyangoda e-mail

17          that starts on FAO6407.

18               And do you see that that's an e-mail to

19          you from Jennifer Niyangoda, dated October 18,

20          2006?

21     A    Yes.

22     Q    Okay.  And in that e-mail, she's providing some

23          comments on emergency preparedness packaging;

24          correct?

25     A    Yes.
```

# EXHIBIT 174

Trademark Electronic Search System (TESS)    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 04:06:52 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | WORLD PREP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: emergency and survival kit containing a knife, a multi-use utility tool, a whistle, a shovel, a rescue throw bag, a flashlight, gloves, a mirror, cyalume glow sticks, flags, toiletries kit, facial and toilet tissue, toilet seat covers, hand wash, cooking stoves, a cooking pot, matches, water, tents, camping pads, space blankets, a backpack, a radio, towels, portable water jug, rubber boot liners, automatic camera, gas/water shut off tool, folding saw, food bars, first aid kit, reflective vests, safety goggles, utility cord, compass, playing cards, purification tablets, dunk bag, memo pad with pen, rain ponchos, and a fire starter kit. FIRST USE: 20000914. FIRST USE IN COMMERCE: 20000914 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75897929 |
| **Filing Date** | January 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 29, 2000 |
| **Registration Number** | 2468519 |
| **Registration Date** | July 10, 2001 |
| **Owner** | (REGISTRANT) World Prep, Inc. CORPORATION OHIO 2620-T Centennial Road Toledo OHIO 43617 |
| **Attorney of Record** | David C. Purdue |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead** | |

Trademark Electronic Search System (TESS)                    Page 2 of 2

**Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 04:06:52 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HOME GUARD READY KIT

| | |
|---|---|
| **Word Mark** | HOME GUARD READY KIT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Personal emergency kit consisting of radios, safety whistles, first aid kits, thermal blanket, poncho, water bag, gloves, food bars and respiratory masks. FIRST USE: 20040531. FIRST USE IN COMMERCE: 20040531 |
| | IC 019. US 001 012 033 050. G & S: Non-metallic building materials, namely, plastic barriers for containment of environmentally unfriendly substances. FIRST USE: 20040531. FIRST USE IN COMMERCE: 20040531 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78519028 |
| **Filing Date** | November 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 21, 2006 |
| **Registration Number** | 3252305 |
| **Registration Date** | June 12, 2007 |
| **Owner** | (REGISTRANT) Home Guard Inc. CORPORATION NORTH CAROLINA 15947 Jetton Road Cornelius NORTH CAROLINA 28031 |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

|  | (LAST LISTED OWNER) READY SOLUTIONS, INC. CORPORATION NORTH CAROLINA PO BOX 1333 CORNELIUS NORTH CAROLINA 28031 |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William P. Bray |
| **Prior Registrations** | 2919609 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOME" or "READY KIT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                      Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 04:06:52 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | FIELD & STREAM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Emergency survival kit comprised of flashlight, compass, whistle, sharpening stone, purified water, multitool, chemical handwarmer, food bars, survival knife, fingertip saw, emergency blanket, fuel tabs, utility cord, poncho, sold as a unit. FIRST USE: 19990608. FIRST USE IN COMMERCE: 19990608 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75741805 |
| **Filing Date** | July 1, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 18, 2000 |
| **Registration Number** | 2699077 |
| **Registration Date** | March 25, 2003 |
| **Owner** | (REGISTRANT) FIELD & STREAM LICENSES COMPANY CORPORATION MINNESOTA 14 LORING ROAD HOPKINS MINNESOTA 55305 |
| | (LAST LISTED OWNER) FIELD & STREAM LICENSES COMPANY, LLC LTD LIAB CO DELAWARE 35 CHARCOAL HILL ROAD WESTPORT CONNECTICUT 06880 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JEROME V LAVIN |
| **Prior Registrations** | 1360646;1485311;1687750;1837504;2203350;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

**Live/Dead
Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 04:06:52 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | AMERICAN SURVIVALIST |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Emergency safety, first aid, safety, natural disaster and vehicle maintenance kits, all packaged as a unit, comprising a container holding the following products or combinations thereto, namely, accident report forms, aerosol tire inflator/sealer, battery booster cables, bottled water, bungee cord, cameras, candles, chamois cloths, cotton gloves, distress signs made of paper or plastic, distress flags, driver touring manual, elastic cords, electrical tape, emergency food, facial tissues, fender pads, fire extinguishers, first-aid guide booklets, first aid kit, first-aid supplies, flashlights, flashlight batteries, flat-tire fixer, gasoline siphons, hand cleaner, hand tools, heavy duty reflective triangle, highway flares, highway safety triangles, ice scrapers, ink pens, jumper cables, key safes, latex gloves, pencils, maps, matches, rain ponchos, rain slickers, repair tape, repair wire, road safety flares, safety flags, safety flares, safety vest, shop towel, tape, thermal space blankets, tie-down straps, tire sealant for the repair of flat tires, towel, wash-up towelettes, water bag knives. FIRST USE: 20000801. FIRST USE IN COMMERCE: 20000901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76027875 |
| **Filing Date** | April 17, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | November 7, 2001 |
| **Registration Number** | 2641220 |
| **Registration Date** | October 22, 2002 |
| **Owner** | (REGISTRANT) G.S.R. and Associates Inc. CORPORATION CALIFORNIA 1300 Peppercorn Avenue Henderson NEVADA 89012 |
| **Attorney of Record** | GORDON E R TROY |
| **Prior Registrations** | 2472523 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=kv9u15.8.1