PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN NATIONAL RED CROSS, LEARNING CURVE INTERNATIONAL, INC., MAGLA PRODUCTS, LLC, WATER-JEL TECHNOLOGIES, INC., and FIRST AID ONLY, INC., <br><br> Defendants. | No. 07-CV-07061 (JSR) |

## DECLARATION OF PHYLLIS S. WALLITT SUBMITTING EXHIBITS IN RESPONSE TO DEFENDANTS' COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS

I, Phyllis S. Wallitt hereby declare, under penalty of perjury, that the following is true:

1.    I am member of the bar of this Court and an associate at the firm of Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs in this action. I respectfully submit this declaration in support of Plaintiffs' Response to Defendants' Counter-Statement of Undisputed Material Facts.

2.    Attached hereto are true and correct copies of the exhibits identified in

following table:

| Exhibit No. | Description |
|---|---|
| 134 | Excerpt of Deposition of Richard Biribauer, Nov. 9, 2007 |
| 135 | Photographs of Light Stick |
| 136 | Photograph of Survival Wrap |
| 137 | Photograph of Latex Gloves |

New York, New York on December 12, 2007.

Phyllis S. Wallitt

1419401v.1

**Johnson & Johnson v. The American National Red Cross et al.**
**Case No. 07-CV-07061 (JSR)**

# EXHIBIT

# 134

Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3         FOR THE SOUTHERN DISTRICT OF NEW YORK
 4
     JOHNSON & JOHNSON, et al.,        )
 5                                     )
                    Plaintiffs,        )
 6                                     )
                    vs.                ) Case No.
 7                                     ) 07 CIV 7061
     AMERICAN RED CROSS, et al.,       )
 8                                     )
                    Defendants.        )
 9   ------------------------------)
10
11
12
13          DEPOSITION OF RICHARD BIRIBAUER
14                New York, New York
15             Friday, November 9, 2007
16
17
18
19
20
21
22
23
24   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. 13958
```

1

2

3

4

5          November 9, 2007

6          9:30 a.m.

7

8

9          Deposition of RICHARD BIRIBAUER,

10     held at the offices of Patterson Belknap

11     Webb & Tyler, 1133 Avenue of the

12     Americas, New York, New York, pursuant to

13     Notice, before Francis X. Frederick, a

14     Certified Shorthand Reporter, Registered

15     Merit Reporter and Notary Public of the

16     States of New York and New Jersey.

17

18

19

20

21

22

23

24

25

1                    R. BIRIBAUER

2    Johnson & Johnson scripted across it, an

3    earlier version appeared -- was used in the

4    1800s as well.

5              Q.    Do you know on what product the

6    version that you say was used in the 1800s

7    appeared?

8              A.    No.  I can't call to mind the

9    speficic products.

10             Q.    Do you know if it's on one of the

11   price lists that you have in your possession?

12             A.    Yes, I believe it's on the price

13   list.

14             Q.    So it's your testimony that a

15   version of the mark with the Greek red cross,

16   Johnson & Johnson scripted through it, has

17   been in use since the 1800?

18             A.    Yes.  I believe that to be true.

19             Q.    Approximately what?  1880s, 1870s?

20             A.    Well, the red cross symbol, the

21   red cross trademark, dates back to, based on

22   the historical record I've seen, 1879 I

23   believe.

24             Q.    And is it your testimony the red

25   cross trademark which dates back to 1879

Page 66

1                        R. BIRIBAUER

2      covers this particular depiction of the red

3      cross emblem with Johnson & Johnson scripted

4      through it?

5                    MS. SANCHEZ:   Objection.

6           A.    There's obviously graphically a

7      difference between the red cross mark as a

8      pure red cross and the red cross mark with

9      other matter added to it.   And from a

10     trademark standpoint you would analyze it as

11     the genesis of their red cross mark and

12     differentiate it from the version with the

13     Johnson & Johnson scripted across it.

14          Q.    And are you saying that the mark

15     from the 1870s or 1880s covers that particular

16     depiction of the red cross emblem?

17          A.    No, I don't think it looks the

18     same.

19                    MS. SANCHEZ:   Wait, wait, wait.

20                    Objection.   Go ahead.

21          A.    Okay.

22          Q.    Does it have to look the same in

23     order to --

24                    MS. SANCHEZ:   Objection.

25                    MR. METCALF:   Can I finish my

R. BIRIBAUER

1
2      question?

3                MS. SANCHEZ:  Yeah.  I thought you

4          were done.

5                MR. METCALF:  No.

6   DI    Q.    Does it have to look the same in

7      order for the 1870 or 1880 trademark to cover

8      that particular depiction?

9                MS. SANCHEZ:  Now it sounds like

10         you're being asked to give trademark

11         legal advice.  And I would direct you not

12         to answer the question.

13         A.    I can describe the designs but I'm

14      not going to characterize it.

15         Q.    Well, you see a distinct

16      difference in the way they appear, correct?

17               MS. SANCHEZ:  Objection.

18         A.    I mean, they are visually

19      distinguishable.  If you showed me a red cross

20      and a red cross with something else I could

21      visually separate the two.

22               (Biribaum Exhibit 7, document

23         bearing production numbers JJAR 00001470

24         through JJAR 00001471, marked for

25         identification as of this date.)

**Johnson & Johnson v. The American National Red Cross et al.**
**Case No. 07-CV-07061 (JSR)**

# EXHIBIT

# 135



JJARC00072941

IMPORTANT: drawn on original serves could result in eye discomfort or oral palate sensation. For best results and maximum eye protection, Cautious agents present vapor fumes of factory accessory with skin or eye may cause... in case of eye contact, avoid... any of eye contact, do not... direct contact or expose to high... any example of exposure to high heat. Please...packaging for future reference.

For inquiries on product usage and safety, call 1-800-762-7546

Part No. 9-1450162

Omniglow, LLC
96 Windsor St.
West Springfield, MA
U.S.A. 01089
www.omniglow.com

Distributed Europe
Z.A. Les Milles 13569
284 Rue Mayor de Montricher
13311 Aix en Provence Cedex 3
France
Tel. +33 (0) 4 42 77 17 90
www.omniglow-sa.com

Distributor de Mexico S.A. de C.V.
Omniglow Lucera de la Luz de la
Caldera Industrial
H Matamoros, Tamaulipas
Mexico C.P. 87494

To Activate:
Bend,
Snap, and Shake.

CE

JJARC000072940

**Johnson & Johnson v. The American National Red Cross et al.**
**Case No. 07-CV-07061 (JSR)**

# EXHIBIT

# 136



*johnson-johnson*
SURVIVAL WRAP

**Uses:**
• Helps prevent heat loss
• Protects from direct sunlight exposure
• Reflects to warn oncoming traffic or signal rescuers

**WARNING:** Do not expose to direct flame. Do not nick or puncture. Do not use as tanning blanket or severe sunburn may result. Full body wrap in warm weather may cause overheating. Avoid contact with power sources or electrical devices.

**CAUTION:** Do not use for small children or infants. Suffocation hazard.

1 - 48" x 72" sheet

LOT 0667C

JJARC00072938

**Johnson & Johnson v. The American National Red Cross et al.**
**Case No. 07-CV-07061 (JSR)**

# EXHIBIT

# 137



JUARC00072939