Rakoff, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-08

JOHNSON & JOHNSON and JOHNSON & )
JOHNSON CONSUMER COMPANIES, INC., )
　)
Plaintiffs, )
　)
v. )
　)
THE AMERICAN RED CROSS, LEARNING )
CURVE INTERNATIONAL, INC., MAGLA )
PRODUCTS, LLC, WATER-JEL )
TECHNOLOGIES, INC., and FIRST AID )
ONLY, INC., )
　)
Defendants. )

07 Civ. 7061 (JSR/DCF)

STIPULATION AND ORDER
OF DISMISSAL

　　　　The parties, by their respective counsel below, stipulate to dismissal of the remaining claims and counterclaims in this action as follows, and it is hereby ORDERED that:

　　　　1.　　The counterclaims asserted by defendants Learing Curve International, Inc., Magla Products, LLC, Water-Jel Technologies, LLC* and First Aid Only, Inc. for declaratory judgment for trademark invalidity and for trademark cancellation are dismissed without prejudice; and

---

* Water-Jel Technologies, LLC is misidentified in the caption as Water-Jel Technologies, Inc.

1742591v.1

2. All other claims and counterclaims not heretofore disposed of by order of this Court are hereby dismissed with prejudice, with each party bearing its own costs, attorneys' fees and expenses.

Dated: June 16, 2008

By _____

Robert W. Lehrburger
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

and

Roger L. Zissu
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900

*Attorneys for Plaintiffs*

By _____

Jonathan L. Abram
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
(202) 637-5600

*Attorneys for Defendants*

SO ORDERED on June 17, 2008

_____
JSR

1742591v.1