```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHNSON & JOHNSON and JOHNSON &       :
JOHNSON CONSUMER COMPANIES, INC.,     :
                                      :
              Plaintiffs,             :   07 Civ. 7061(JSR)
                                      :
         -v-                          :   ORDER
                                      :
THE AMERICAN NATIONAL RED CROSS,      :
LEARNING CURVE INTERNATIONAL, INC.,   :
MAGLA PRODUCTS, LLC, WATER-JEL        :
TECHNOLOGIES, INC., and FIRST AID     :
ONLY, INC.,                           :
                                      :
              Defendants.             :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

JED S. RAKOFF, U.S.D.J.

On June 9, 2008, Courtroom View Network ("CVN") requested that the Court issue an order permitting it to record and provide audio-visual coverage of the trial in the above-captioned action, which was scheduled to begin on July 8, 2008. As with CVN's prior application, the Court would have been predisposed to grant the application, but the parties have since settled the case, see Stipulation and Order of Dismissal dated 6/17/08, and accordingly no trial will transpire. The application is therefore denied as moot.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         June 22, 2008